In the Matter of the CITY OF NEW YORK, Acting on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Respondent, Relative to Acquiring Title to Real Property Situated in an Area Bounded by Prince Street and Other Streets and Avenues in the Borough of Brooklyn, Pursuant to a Plan Determined upon by Said Housing Authority (Fort Greene Houses).

ARTHUR J. LEVINE, Appellant.

Argued April 5, 1945; decided May 17, 1945.

George Schenker for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Benjamin Offner* and *Julius Isaacs* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.